## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Vivek Pandit | Case No.: _____24-16276_____<br><br>Hearing Date: ___8/22/24 at 10:00 am___<br><br>Chapter: __11 (Small Business Subchapter V)__<br><br>Judge: _____Michael B. Kaplan_____ |

### NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE

### 11 U.S.C. § 1188(a) STATUS HEARING:

You are hereby notified of a hearing before the Honorable_____Michael B. Kaplan_____, United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

**Reason for Hearing:**       **Status Conference**

**Location of Hearing:**       Courtroom No. ____8____
                              United States Bankruptcy Court
                              402 East State Street, Trenton, New Jersey 08608

**Date and Time:**            August 22, 2024 at 10:00 am                    , or as soon
                              thereafter as counsel may be heard.

**NOTE:**            **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory _Local Form Subchapter V Status Report_ can be found at www.njb.uscourts.gov under the "forms" tab.**

### 11 U.S.C. § 1111(b) ELECTION DEADLINE:

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a § 1111(b) election to make such election **no later than 14 days** from the filing of the debtor's plan, unless extended by further order of the Court.

### NOTICE

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: June 24, 2024

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _June 24_____, 20_24_____this notice was served on the following:
Debtor, Debtor's Attorney and U.S. Trustee.

JEANNE A. NAUGHTON, Clerk

By:_Wendy Quiles_____
        Deputy Clerk

*rev. 1/22/2024*