UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
60 Highway 71
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtor-In-Possession
By: Marc C. Capone, Esq.

In Re:

**Vivek Pandit**

                                Debtor

Case No.: **24-16276**

Judge:    **Michael B. Kaplan**

Chapter: **11**

### *REVISED* NOTICE RE: TELEPHONIC §341 MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting presently scheduled to take place at the offices of the United States Trustee in Newark, New Jersey on August 1, 2024 shall instead take place August 1, 2024 by conference call commencing at 3:00 PM EDT. If you wish to participate, please call #732-372-4931 and use access code 4277060.

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

Dated: July 31, 2024

**/s/ Marc C. Capone**
MARC C. CAPONE, ESQ.
Gillman, Bruton & Capone, LLC
Attorney for Debtor-In-Possession

4858-5792-6868, v. 1