|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br> MAURICE WUTSCHER, LLP <br> 23611 Chagrin Blvd. Suite 207 <br> Beachwood, OH 44122 <br> (216) 220-1129 <br> Attorneys for Creditor EBF Holdings, LLC dba Everest Business Funding <br> Alan C. Hochheiser, Esq. |  |
| In Re: <br>     VIVEK PANDIT | Case No.: 24-16276-MBK <br><br> Chapter: 11 <br><br> Judge: Honorable Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of EBF Holdings, LLC dba Everest Business Funding. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

MAURICE WUTSCHER LLP
Alan C. Hochheiser, Esq.
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122
DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                                  Respectfully submitted,
                                                  MAURICE WUTSCHER LLP

Dated: 08/05/2024                          /s/ Alan C. Hochheiser
                                                  Alan C. Hochheiser, OH Bar No. 0041222
                                                  23611 Chagrin Blvd. Suite 207
                                                  Beachwood, OH 44122
                                                  Tel: (216) 220-1129
                                                  Email: [ahochheiser@mauricewutscher.com](mailto:ahochheiser@mauricewutscher.com)
                                                  Attorneys for EBF Holdings, LLC dba Everest Business Funding