# TD Bank

America's Most Convenient Bank®

VIVEK R PANDIT
3603 CRICKET CIR
EDISON NJ        08820-4214

630 / TD Convenience Checking        0777

| | | | | |
|---|---|---|---|---|
| Statement Beginning Balance | | | | $574.29 |
| Plus | 5 | Deposits and Other Credits | | $4,674.00 |
| Less | 15 | Checks and Other Debits | | $5,248.29 |
| Statement Balance As Of: 07/17/2024 | | | | $0.00 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 5/20/2024 | SSA TREAS 310 XXSOC SEC | | $2,062.00 | $2,636.29 |
| 5/20/2024 | 52024 CHECK | $606.32 | | $2,029.97 |
| 5/21/2024 | AMEX EPAYMENT ACH PMT | $353.58 | | $1,676.39 |
| 5/22/2024 | NEW YORK LIFE INS. PREM. | $742.00 | | $934.39 |
| 5/28/2024 | NEW YORK LIFE INS. PREM. | $80.90 | | $853.49 |
| 6/5/2024 | Online Xfer Transfer from SV 3243 | | $25.00 | $878.49 |
| 6/5/2024 | NEW YORK LIFE INS. PREM. | $410.00 | | $468.49 |
| 6/7/2024 | DISCOVER E-PAYMENT | $400.15 | | $68.34 |
| 6/14/2024 | ST TRF TRANSFER TO SAVINGS ACCT 3243 | $25.00 | | $43.34 |
| 6/17/2024 | DEPOSIT | | $500.00 | $543.34 |
| 6/17/2024 | Online Xfer Transfer to CO 0942 | $160.00 | | $383.34 |
| 6/17/2024 | MAINTENANCE FEE | $15.00 | | $368.34 |
| 6/18/2024 | Online Xfer Transfer from SV 3243 | | $25.00 | $393.34 |
| 6/20/2024 | AMEX EPAYMENT ACH PMT | $304.78 | | $88.56 |
| 6/24/2024 | SSA TREAS 310 XXSOC SEC | | $2,062.00 | $2,150.56 |
| 6/25/2024 | 62424 CHECK | $604.87 | | $1,545.69 |
| 6/28/2024 | NEW YORK LIFE INS. PREM. | $80.90 | | $1,464.79 |
| 7/3/2024 | NEW YORK LIFE INS. PREM. | $742.00 | | $722.79 |
| 7/5/2024 | NEW YORK LIFE INS. PREM. | $410.00 | | $312.79 |
| 7/10/2024 | WITHDRAWAL TRANSFER To Checking 932 | $312.79 | | $0.00 |

## Check Transactions

| Number | Date | Amount |
|---|---|---|
| 52024 | 5/20/2024 | $606.32 |
| 62424 | 6/25/2024 | $604.87 |