Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16276−MEH
Chapter: 11
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vivek Pandit
   3603 Cricket Circle
   Edison, NJ 08820

Social Security No.:
   xxx−xx−8653

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

   A Disclosure Statement was filed by Vivek Pandit on January 14, 2025 , pursuant to Fed. R. Bankr. P. 3016.

   The Court shall conduct a hearing as to the adequacy of such statement before Honorable Mark Edward Hall on :

Date:           February 13, 2025
Time:                02:00 PM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

   Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

   To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Marc C Capone
Gillman Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
732−528−1166

Dated: January 15, 2025
JAN: km

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Vivek Pandit  
    Debtor

Case No. 24-16276-MEH  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 15, 2025      Form ID: 195      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |
| cr | + | Itria Ventures LLC, c/o Seidman & Pincus, LLC, 777 TERRACE AVENUE, Hasbrouck Heights, NJ 07604-3123 |
| cr | + | McCormick 103, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 520307114 | + | Anita Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |
| 520307115 | + | Apna Foods Imports Co., 360 S Lombard Road, Addison, IL 60101-3024 |
| 520307116 | + | Arsenal Funding, 1250 E. Hallandale Beach Blvd, Hallandale, FL 33009-4634 |
| 520307118 | | Cuboid Logistics, 2424 Lorio Street, Union, NJ 07083 |
| 520307120 | | Dembo Brown & Burns LLP, 1300 Route 73 205, Mount Laurel, NJ 08054 |
| 520307122 | + | Drip Capital Inc, 555 Bryant Street 356, Palo Alto, CA 94301-1704 |
| 520307125 | + | Esq. Michael Scarpati, 500 Lovett Blvd Suite 225, Houston, TX 77006-4094 |
| 520307133 | | Inum Accents, 1430 Broadway Level C, New York, NY 10028 |
| 520307134 | + | Itria Ventures LLC, One Penn Plaza 3101, New York, NY 10119-3101 |
| 520307136 | + | McCormick 103, LLC, 11350 McCormick Road EP II, Hunt Valley, MD 21031-1002 |
| 520307137 | + | Nolan Transportation Group, c/o FreightPros, 2535 Brockton Drive Suite 500, Austin, TX 78758-4441 |
| 520307138 | | Penske Truck Leasing, c/o 4 Recovery Consulting Services, Inc., 110 West Oakland Park Blvd Suite 163, Fort Lauderdale, FL 33351 |
| 520307140 | + | Prosperum Capital Partners LLC d/b/a Arsenal Fundi, 780 Long Beach Blvd, Long Beach, NY 11561-2238 |
| 520307142 | + | SGR Petroleum, LLC, 2540 Randolph Ave, Avenel, NJ 07001-2408 |
| 520307141 | + | Seidman & Pincus LLC, 777 Terrace Ave 508, Hasbrouck Heights, NJ 07604-3114 |
| 520307146 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35202 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2025 20:47:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2025 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2025 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520307113 | + | Email/PDF: bncnotices@becket-lee.com | Jan 15 2025 21:00:50 | American Express, PO Box 297812, Fort Lauderdale, FL 33329-7812 |
| 520352384 | | Email/PDF: bncnotices@becket-lee.com | Jan 15 2025 20:49:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520307117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2025 20:49:54 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 520307119 | + | Email/Text: bk@dfogelpc.com | Jan 15 2025 20:48:00 | David Fogel, PC Attorneys At Law, 1225 Franklin |

Case 24-16276-MEH    Doc 42    Filed 01/17/25    Entered 01/18/25 00:15:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 195 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Name / Address |
|---|---|---|---|---|
| | | | | Ave. Suite 201, Garden City, NY 11530-1890 |
| 520346957 | | Email/Text: mrdiscen@discover.com | Jan 15 2025 20:47:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520307121 | + | Email/Text: mrdiscen@discover.com | Jan 15 2025 20:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520307123 | ^ | MEBN | Jan 15 2025 20:41:57 | EBF Holdings, LLC, 102 W. 38th Street 6th Floor, New York, NY 10018-3664 |
| 520352299 | + | Email/Text: ahochheiser@mauricewutscher.com | Jan 15 2025 20:47:00 | EBF Holdings, LLC d/b/a, Everest Business Funding, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 520307124 | | Email/Text: bankruptcycourts@equifax.com | Jan 15 2025 20:47:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520307126 | ^ | MEBN | Jan 15 2025 20:40:12 | Everest Funding, 102 W 38th Street 6th Floor, New York, NY 10018-3664 |
| 520307127 | ^ | MEBN | Jan 15 2025 20:40:49 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520307128 | + | Email/Text: servicingmailhub@flagstar.com | Jan 15 2025 20:48:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520374753 | + | Email/Text: servicingmailhub@flagstar.com | Jan 15 2025 20:48:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520307135 | | Email/Text: camanagement@mtb.com | Jan 15 2025 20:48:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240-0844 |
| 520377461 | + | Email/Text: camanagement@mtb.com | Jan 15 2025 20:48:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 520487100 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 15 2025 20:47:00 | Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520487101 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 15 2025 20:47:00 | Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, C/O Mr. Cooper |
| 520307139 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2025 20:47:00 | PNC Bank, Attn: Bankruptcy Dept., Po Box 1820, Dayton, OH 45401-1820 |
| 520314869 | + | Email/Text: bncmail@w-legal.com | Jan 15 2025 20:48:00 | Prosperum Capital Partners LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 520307144 | | Email/Text: bankruptcy@td.com | Jan 15 2025 20:48:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 520322648 | ^ | MEBN | Jan 15 2025 20:41:45 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520307145 | ^ | MEBN | Jan 15 2025 20:40:27 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520331023 | + | Email/Text: bankruptcynotices@sba.gov | Jan 15 2025 20:48:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520307148 | + | Email/Text: bankruptcynotices@sba.gov | Jan 15 2025 20:48:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |
| 520307147 | + | Email/Text: bankruptcynotices@sba.gov | Jan 15 2025 20:47:00 | United States Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520307130 | | Indian Foods & Spices LLC |
| 520307131 | | Indian Foods and Spices LLC |
| 520307143 | | Suresh Chatakondu |
| 520307132 | * | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520307129 | ##+ | Highland Hill Capital, 450 Fairway Drive 210, Deerfield Beach, FL 33441-1837 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Pincus | on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com |
| Andrew J. Pincus | on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Defendant Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 103  LLC keingorn@dbblegal.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Marc C Capone | on behalf of Debtor Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9