UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Vivek Pandit

Case No.: 24-16276

Hearing Date: 2/13/25 at 2:00 pm

Judge: MEH

# ORDER AND NOTICE ON DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 15, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The Court having noted that a Plan and Disclosure Statement have been filed by _____Marc C Capone_____ as attorney(s) for the _____debtor, Vivek Pandit_____ and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable _____Mark E. Hall_____ at the following time and place:

DATE AND TIME: Thursday, February 13, 2025 @ 2pm
COURTROOM: 2
PLACE: USBC
402 East State Street
Trenton NJ  08608

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission.  Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

2

United States Bankruptcy Court
District of New Jersey

In re: Vivek Pandit, Debtor

Case No. 24-16276-MEH
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jan 15, 2025  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

**Name**    **Email Address**

Andrew J. Pincus
on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Andrew J. Pincus
on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Flagstar Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Justin M Gillman
on behalf of Defendant Vivek Pandit ecf@gillmancapone.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kyle Francis Eingorn
on behalf of Creditor McCormick 103  LLC keingorn@dbblegal.com

Lauren Bielskie

Case 24-16276-MEH    Doc 43    Filed 01/17/25    Entered 01/18/25 00:15:31    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Marc C Capone | on behalf of Debtor Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9