UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Email: bk@gillmancapone.com
Attorney for Debtor
By: Marc C. Capone, Esq.

In Re:

Vivek Pandit

Case No.:        24-16276

Adv. Pro. No.: _____

Chapter:          11

Hearing Date: _____

Judge:        Mark E. Hall

## ADJOURNMENT REQUEST

1.  I, _____ Marc Capone _____,

    ☒   am the attorney for: _____ the Debtor _____,

    ☐   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Disclosure Statement Hearing

    Current hearing date and time: February 13, 2025 at 2:00pm

    New date requested: 30 days or date set by the Court

    Reason for adjournment request: To allow time for a supplement to the Disclosure

    Statement

2.  Consent to adjournment:

    ☒ I have the consent of all parties.      ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 2/12/25 _____          /s/ Marc C. Capone, Esq. _____
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒   Granted              New hearing date: 3/27/2025 at 2:00 p.m.          ☐   Peremptory

☐   Granted over objection(s)  New hearing date: _____     ☐   Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*