UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Email: bk@gillmancapone.com
Attorney for Debtor
By: Marc C. Capone, Esq.

In Re:

Vivek Pandit

Case No.: 24-16276

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: _____

Judge: Mark E. Hall

**ADJOURNMENT REQUEST**

1. I, __Marc Capone__,

   ☒ am the attorney for: __the Debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Disclosure Statement Hearing

   Current hearing date and time: May 1, 2025 at 2:00pm

   New date requested: 30 days or date set by the Court

   Reason for adjournment request: To allow time for all parties to review the Amended Disclosure Statement and Plan

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 4/30/25                                               /s/ Marc C. Capone, Esq.
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 6/5/2025 at 2:00 p.m.         ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2