|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gillman Capone, LLC<br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>(732) 528-1166<br>Email: bk@gillmancapone.com<br>Attorney for Debtor<br>By: Marc C. Capone, Esq. | |
| In Re:<br><br>Vivek Pandit | Case No.: 24-16276<br>Adv. Pro. No.: _____<br>Chapter: 11<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 6/5/2025<br>Judge: Mark E. Hall |

## ADJOURNMENT REQUEST

1. I, _____Marc C. Capone_____,

    ☒ am the attorney for: _____the Debtor_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Disclosure Statement Hearing

    Current hearing date and time: June 5, 2025 at 2pm

    New date requested: two weeks or as set by the Court

    Reason for adjournment request: To address Objection by McCormick to the Amended Disclosure Statement.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: June 4, 2025            /s/ Marc C. Capone
                                                       Signature

**COURT USE ONLY:**

The request for adjournment is:

[X] Granted      New hearing date: 6/26/2025 at 2:00 p.m.      ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____      ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2