|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DEMBO, BROWN & BURNS LLP<br>Kyle F. Eingorn, Esquire<br>1300 Route 73, Suite 205<br>Mount Laurel, NJ 08054<br>KEingorn@dbblegal.com<br>856-354-8866<br>Counsel for McCormick 103, LLC |

In Re:

Vivek Pandit,

Debtor.

Case No.: 24-16276-MEH

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☒ ~~Yes~~  ☒ No

Hearing Date: 11/13/25

Judge: HALL

## ADJOURNMENT REQUEST

1. I, _____Kyle F. Eingorn_____,

    ☒ am the attorney for: _____McCormick 103, LLC_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Disclosure Statement Hearing

    Current hearing date and time: 11/13/2025 at 2:00 pm

    New date requested: 11/20/25

    Reason for adjournment request: I will be on vacation the week of the 10th.

    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 11/3/2025                                    s/Kyle F. Eingorn
                                                   Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                    New hearing date: 12/4/2025 at 2:00 p.m.        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____                ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*