**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**770 Amboy Avenue**
**Edison, NJ 08837**
**Telephone: (732) 661-1664**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on November 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Vivek Pandit,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 24-16276<br><br>Hearing Date: November 20, 2025<br><br>Judge:  Mark E. Hall |

**ORDER GRANTING INTERIM FEE APPLICATION**

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: November 20, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

4904-5364-7728, v. 2

Page 2

Debtor: **Vivek Pandit**
Case No. 24-16276 **(MEH)**
Caption of Order: **Order Granting Interim Fee Application**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| **Applicants** | **Commission/Fees** | **Expenses** |
|---|---|---|
| Gillman Capone Law LLC (Counsel for Debtors) | $56,392.00 | $2,205.02 |

4904-5364-7728, v. 2