**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**770 Amboy Avenue**
**Edison, NJ 08837**
**Telephone: (732) 661-1664**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on November 20, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Vivek Pandit, | Case No. 24-16276 |
| Debtor(s). | Hearing Date: November 20, 2025 |
| | Judge:  Mark E. Hall |

### ORDER GRANTING INTERIM FEE APPLICATION

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: November 20, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

4904-5364-7728, v. 2

Page 2

Debtor: **Vivek Pandit**
Case No. 24-16276 **(MEH)**
Caption of Order: **Order Granting Interim Fee Application**

The Court having found that the person(s) named below filed application(s) for

allowances; and notice and opportunity for hearing were given to all creditors and other

parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
| --- | --- | --- |
| Gillman Capone Law LLC (Counsel for Debtors) | $56,392.00 | $2,205.02 |

4904-5364-7728, v. 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 24-16276-MEH

Vivek Pandit                                                                     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                               Page 1 of 2

Date Rcvd: Nov 20, 2025                    Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

**Recip ID              Recipient Name and Address**
db              + Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

Andrew J. Pincus
               on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Andrew J. Pincus
               on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Denise E. Carlon
               on behalf of Creditor Flagstar Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Justin M Gillman
               on behalf of Defendant Vivek Pandit ecf@gillmancapone.com
               GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kyle Francis Eingorn
               on behalf of Creditor McCormick 103  LLC keingorn@dbblegal.com

Lauren Bielskie

        on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Marc C Capone

        on behalf of Debtor Vivek Pandit ecf@gillmancapone.com
        GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Peter Broege

        on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com
        g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

Rachel Wolf

        on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10