UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Vivek Pandit

Case No.: 24-16276

Hearing Date: 12/4/2025

Judge: Hall

Chapter: 11

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Disclosure Statement

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

A motion or application having been filed on _____January 14_____, 20 25  by  Marc C Capone on behalf of Vivek Pandit  for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*