UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Vivek Pandit

Case No.: _____24-16276_____

Adv. No.: _____24-1580_____

Judge: _____Mark Edward Hall_____

Chapter: _____11_____

## ORDER TRANSFERRING CASE(S)
## TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 10, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒   ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable _____Christine M. Gravelle_____ by the clerk:

 24-16276  ____          _____          _____          _____

_____          _____          _____          _____

_____          _____          _____          _____

and it is further

☐   ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____          _____          _____          _____

_____          _____          _____          _____

_____          _____          _____          _____

_____          _____          _____          _____

*Rev.6/1/06; jml*