UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 10, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

 Vivek Pandit

| | |
|---|---|
| Case No.: | 24-16276 |
| Adv. No.: | 24-1580 |
| Judge: | Mark Edward Hall |
| Chapter: | 11 |

## ORDER TRANSFERRING CASE(S)
## TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 10, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒    ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable _____Christine M. Gravelle_____ by the clerk:

_24-16276___    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

and it is further

☐    ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

*Rev.6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-16276-CMG

Vivek Pandit                                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Pincus | on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com |
| Andrew J. Pincus | on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Defendant Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 103  LLC keingorn@dbblegal.com |
| Lauren Bielskie | |

District/off: 0312-3                               User: admin                                    Page 2 of 2
Date Rcvd: Mar 10, 2026                            Form ID: pdf903                              Total Noticed: 1

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Marc C Capone

on behalf of Debtor Vivek Pandit ecf@gillmancapone.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Peter Broege

on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com
g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

Rachel Wolf

on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10