UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtor-In-Possession
MARC C. CAPONE MC4795

**Order Filed on May 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: **24-16276** |
|---|---|
| **Vivek Pandit** | Judge: **Christine M. Gravelle** |
| | Chapter: **11** |

### ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) and two (2), are

hereby ORDERED.

**DATED: May 26, 2026**

_Christine M. Gravelle_
Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

THIS MATTER having come before the Court at the Status Conference held before the Honorable Christine M. Gravelle, U.S.B.J.; and the Debtor having requested conversion of this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code; and the Court having determined that conversion is appropriate pursuant to 11 U.S.C. § 1112(a); and for good cause shown; it is hereby ORDERED as follows:

1. The above-captioned Chapter 11 case is hereby converted to a case under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112(a);

2. The Office of the United States Trustee shall appoint a Chapter 7 Trustee in accordance with applicable law;

3. The Debtor shall comply with all duties imposed upon a Chapter 7 debtor under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;

4. The Debtor shall file all required schedules, statements, amendments, and reports required as a result of the conversion of this case within the time prescribed by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules;