UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Vivek Pandit, | : | |
| | : | |
| | : | CASE NO.: 24-16276 (CMG) |
| Debtor. | : | |
| | : | |

Karen E. Bezner, Esq.
567 Park Avenue, Suite 103
Scotch Plains, NJ 07076

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee appoints Karen E. Bezner, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9


By: */s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee


Dated: May 28, 2026