UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtor-In-Possession
MARC C. CAPONE MC4795

**Order Filed on May 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Vivek Pandit**

Case No.: **24-16276**

Judge:    **Christine M. Gravelle**

Chapter:    **11**

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) and two (2), are

hereby ORDERED.

**DATED: May 26, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

THIS MATTER having come before the Court at the Status Conference held before the Honorable Christine M. Gravelle, U.S.B.J.; and the Debtor having requested conversion of this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code; and the Court having determined that conversion is appropriate pursuant to 11 U.S.C. § 1112(a); and for good cause shown; it is hereby ORDERED as follows:

1. The above-captioned Chapter 11 case is hereby converted to a case under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112(a);

2. The Office of the United States Trustee shall appoint a Chapter 7 Trustee in accordance with applicable law;

3. The Debtor shall comply with all duties imposed upon a Chapter 7 debtor under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;

4. The Debtor shall file all required schedules, statements, amendments, and reports required as a result of the conversion of this case within the time prescribed by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules;

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-16276-CMG

Vivek Pandit                                                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID**      **Recipient Name and Address**
db               +  Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Andrew J. Pincus
            on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Andrew J. Pincus
            on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Justin M Gillman
            on behalf of Defendant Vivek Pandit ecf@gillmancapone.com
            GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kyle Francis Eingorn
            on behalf of Creditor McCormick 103  LLC keingorn@dbblegal.com

Lauren Bielskie
            on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Marc C Capone
            on behalf of Debtor Vivek Pandit ecf@gillmancapone.com

District/off: 0312-3                                           User: admin                                                  Page 2 of 2

Date Rcvd: May 27, 2026                              Form ID: pdf903                                       Total Noticed: 1

GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor Flagstar Bank  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Peter Broege

on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com
g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

Rachel Wolf

on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10