| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Vivek Pandit**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–8653<br>EIN:   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed in chapter:   11   6/21/24 | |
| Case number:   24–16276–CMG | | Date case converted to chapter:   7   5/26/26 | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Vivek Pandit | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3603 Cricket Circle<br>Edison, NJ 08820 | |
| 4. | **Debtor's attorney**<br>Name and address | Marc C Capone<br>Gillman Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837 | Contact phone 732–528–1166<br>Email:  ecf@gillmancapone.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen E. Bezner<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076 | Contact phone (908) 322–8484 |

**For more information, see page 2 >**

Debtor  **Vivek Pandit**                                                                 Case number **24–16276–CMG**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br><br>Contact phone: 609–858–9333<br><br>Date: 5/29/26 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 24, 2026 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 447 966 5829, Click on JOIN using passcode 8000676376, or call 1–908–402–4019**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/24/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 24-16276-CMG

Vivek Pandit                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 4

Date Rcvd: May 29, 2026                       Form ID: 309A                         Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |
| 520307114 | + | Anita Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |
| 520307115 | + | Apna Foods Imports Co., 360 S Lombard Road, Addison, IL 60101-3024 |
| 520307116 | + | Arsenal Funding, 1250 E. Hallandale Beach Blvd, Hallandale, FL 33009-4634 |
| 520307118 | | Cuboid Logistics, 2424 Lorio Street, Union, NJ 07083 |
| 520307120 | | Dembo Brown & Burns LLP, 1300 Route 73 205, Mount Laurel, NJ 08054 |
| 520307122 | + | Drip Capital Inc, 555 Bryant Street 356, Palo Alto, CA 94301-1704 |
| 520307123 | + | EBF Holdings, LLC, 102 W. 38th Street 6th Floor, New York, NY 10018-3664 |
| 520307125 | + | Esq. Michael Scarpati, 500 Lovett Blvd Suite 225, Houston, TX 77006-4094 |
| 520307133 | | Inum Accents, 1430 Broadway Level C, New York, NY 10028 |
| 520307136 | + | McCormick 103, LLC, 11350 McCormick Road EP II, Hunt Valley, MD 21031-1002 |
| 520307137 | + | Nolan Transportation Group, c/o FreightPros, 2535 Brockton Drive Suite 500, Austin, TX 78758-4441 |
| 520307138 | | Penske Truck Leasing, c/o 4 Recovery Consulting Services, Inc., 110 West Oakland Park Blvd Suite 163, Fort Lauderdale, FL 33351 |
| 520307140 | + | Prosperum Capital Partners LLC d/b/a Arsenal Fundi, 780 Long Beach Blvd, Long Beach, NY 11561-2238 |
| 520307142 | + | SGR Petroleum, LLC, 2540 Randolph Ave, Avenel, NJ 07001-2408 |
| 520307141 | #+ | Seidman & Pincus LLC, 777 Terrace Ave 508, Hasbrouck Heights, NJ 07604-3114 |
| 520307146 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35202 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@gillmancapone.com | May 29 2026 20:57:00 | Marc C Capone, Gillman Capone, LLC, 770 Amboy Avenue, Edison, NJ 08837 |
| tr | + | EDI: BKEBEZNER | May 30 2026 00:45:00 | Karen E. Bezner, 567 Park Avenue, Suite 103, Scotch Plains, NJ 07076-1754 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520307113 | + | Email/PDF: bncnotices@becket-lee.com | May 29 2026 20:59:44 | American Express, PO Box 297812, Fort Lauderdale, FL 33329-7812 |
| 520352384 | | Email/PDF: bncnotices@becket-lee.com | May 29 2026 21:00:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520307117 | + | EDI: CITICORP | May 30 2026 00:45:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St |

| | | | |
|---|---|---|---|
| 520307119 | + | Email/Text: bk@dfogelpc.com | Louis, MO 63179-0034 |
| | | | May 29 2026 20:58:00   David Fogel, PC Attorneys At Law, 1225 Franklin Ave. Suite 201, Garden City, NY 11530-1890 |
| 520346957 | | EDI: DISCOVER | May 30 2026 00:45:00   Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520307121 | + | EDI: DISCOVER | May 30 2026 00:45:00   Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520352299 | + | Email/Text: ahochheiser@mauricewutscher.com | May 29 2026 20:58:00   EBF Holdings, LLC d/b/a, Everest Business Funding, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 520307124 | | Email/Text: bankruptcycourts@equifax.com | May 29 2026 20:58:00   Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520307126 | | Email/Text: inhousebk@whetstoneholdings.com | May 29 2026 20:58:00   Everest Funding, 102 W 38th Street 6th Floor, New York, NY 10018 |
| 520307127 | ^ | MEBN | May 29 2026 20:54:10   Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520307128 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2026 20:58:00   Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520374753 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2026 20:58:00   Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520307132 | | EDI: IRS.COM | May 30 2026 00:45:00   Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520307134 | ^ | MEBN | May 29 2026 20:55:50   Itria Ventures LLC, One Penn Plaza 3101, New York, NY 10119-0002 |
| 520307135 | | Email/Text: camanagement@mtb.com | May 29 2026 20:58:00   M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240-0844 |
| 520377461 | + | Email/Text: camanagement@mtb.com | May 29 2026 20:58:00   M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 520487100 | | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2026 20:58:00   Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520487101 | | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2026 20:58:00   Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, C/O Mr. Cooper |
| 520307139 | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 20:57:00   PNC Bank, Attn: Bankruptcy Dept., Po Box 1820, Dayton, OH 45401-1820 |
| 520314869 | + | Email/Text: bncmail@w-legal.com | May 29 2026 20:59:00   Prosperum Capital Partners LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 520307144 | | EDI: TDBANKNORTH.COM | May 30 2026 00:45:00   TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 520322648 | ^ | MEBN | May 29 2026 20:54:38   TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520307145 | ^ | MEBN | May 29 2026 20:53:45   TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520331023 | + | Email/Text: bankruptcynotices@sba.gov | May 29 2026 20:58:00   U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520307148 | + | Email/Text: bankruptcynotices@sba.gov | May 29 2026 20:58:00   US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |
| 520307147 | + | Email/Text: bankruptcynotices@sba.gov | May 29 2026 20:58:00   United States Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |

District/off: 0312-3                             User: admin                                Page 3 of 4
Date Rcvd: May 29, 2026                         Form ID: 309A                               Total Noticed: 47
TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520307130 | | Indian Foods & Spices LLC |
| 520307131 | | Indian Foods and Spices LLC |
| 520307143 | | Suresh Chatakondu |
| 520307129 | ##+ | Highland Hill Capital, 450 Fairway Drive 210, Deerfield Beach, FL 33441-1837 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Pincus | on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com |
| Andrew J. Pincus | on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com |
| Justin M Gillman | on behalf of Defendant Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 103  LLC keingorn@dbblegal.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Marc C Capone | on behalf of Debtor Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Flagstar Bank  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Peter Broege | on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | |

District/off: 0312-3                          User: admin                                    Page 4 of 4
Date Rcvd: May 29, 2026                       Form ID: 309A                                   Total Noticed: 47

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12