Form oscmlfee − oscmlfeev27

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−16276−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Vivek Pandit
  3603 Cricket Circle
  Edison, NJ 08820

Social Security No.:
  xxx−xx−8653

Employer's Tax I.D. No.:

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑    The debtor filed a Verbal request to convert at status conference on April 28, 2026 that requires the payment of a fee in the amount of $ 15, and that the fee has not been received by the Clerk,

It is hereby ORDERED that:

A hearing is scheduled before the Honorable Christine M. Gravelle on:

  Date: June 30, 2026
  Time: 11:00 AM
  Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 161 864 0151, Click on JOIN using passcode 069541, or call 1−646−828−7666

to show cause why the case should not be dismissed.

If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

All court fees must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order, or through the court's online payment system at www.njb.uscourts.gov for non court efilers.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing, which may be conducted in−person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE

ADVISED that failure to pay fees, seek an extension, or appear at the hearing will result in dismissal of the case.

Dated: June 4, 2026
JAN: mrg

Christine M. Gravelle
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 24-16276-CMG

Vivek Pandit                                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2026 | Form ID: oscmlfee | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID               Recipient Name and Address**
db                + Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2026 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name               Email Address**

Andrew J. Pincus
        on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Andrew J. Pincus
        on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Justin M Gillman
        on behalf of Defendant Vivek Pandit ecf@gillmancapone.com
        GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

District/off: 0312-3                     User: admin                                    Page 2 of 2
Date Rcvd: Jun 04, 2026                  Form ID: oscmlfee                              Total Noticed: 2

Karen E. Bezner
                    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kyle Francis Eingorn
                    on behalf of Creditor McCormick 103  LLC keingorn@dbblegal.com

Lauren Bielskie
                    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Marc C Capone
                    on behalf of Debtor Vivek Pandit ecf@gillmancapone.com
                    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.
                    com

Matthew K. Fissel
                    on behalf of Creditor Flagstar Bank  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Peter Broege
                    on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com
                    g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

Rachel Wolf
                    on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12