**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on June 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Vivek Pandit, | Case No.  24-16276 |
| Debtor(s). | Hearing Date: June 23, 2026 |
| | Judge:  Christine M. Gravelle |

**ORDER GRANTING FEE APPLICATION**

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: June 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

4825-8531-9397, v. 1

Page 2

Debtor: **Vivek Pandit**
Case No. 24-16276 **(CMG)**
Caption of Order: **Order Granting Fee Application**

The Court having found that the person(s) named below filed application(s) for

allowances; and notice and opportunity for hearing were given to all creditors and other

parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
| --- | --- | --- |
| Gillman Capone, LLC (Counsel for Debtors) | $13,471.50 | $1,743.15 |

4825-8531-9397, v. 1