**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on June 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| Vivek Pandit, | Case No.  24-16276 |
| Debtor(s). | Hearing Date: June 23, 2026 |
|  | Judge:  Christine M. Gravelle |

### ORDER GRANTING FEE APPLICATION

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: June 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

4825-8531-9397, v. 1

Page 2

Debtor: **Vivek Pandit**
Case No. 24-16276 **(CMG)**
Caption of Order: **Order Granting Fee Application**

The Court having found that the person(s) named below filed application(s) for

allowances; and notice and opportunity for hearing were given to all creditors and other

parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
|---|---|---|
| Gillman Capone, LLC (Counsel for Debtors) | $13,471.50 | $1,743.15 |

4825-8531-9397, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 24-16276-CMG

Vivek Pandit                                                                      Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                    Page 1 of 2

Date Rcvd: Jun 24, 2026                    Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID               Recipient Name and Address**
db                  +   Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

Andrew J. Pincus
                              on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Andrew J. Pincus
                              on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com  pincus.andrewr121938@notify.bestcase.com

Justin M Gillman
                              on behalf of Defendant Vivek Pandit ecf@gillmancapone.com
                              GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Karen E. Bezner
                              Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kyle Francis Eingorn
                              on behalf of Creditor McCormick 103  LLC keingorn@dbblegal.com

Lauren Bielskie
                              on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 24, 2026                    Form ID: pdf903                            Total Noticed: 1

Marc C Capone
                    on behalf of Debtor Vivek Pandit ecf@gillmancapone.com
                    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.
                    com

Matthew K. Fissel
                    on behalf of Creditor Flagstar Bank  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Peter Broege
                    on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com
                    g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

Rachel Wolf
                    on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12