**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:

Case No. 24-16276-CMG
Chapter 7

Vivek Pandit

Debtor(s).

# NOTICE OF APPEARANCE

**Lakeview Loan Servicing, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: /s/ Steven K. Eisenberg

Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 11th day of August, 2026, to the following:

Marc C Capone
Gillman Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
5325@notices.nextchapterbk.com
***Attorney for Debtor(s)***

Karen E. Bezner
567 Park Avenue
Suite 103
Scotch Plains, NJ 07076
Kbez@bellatlantic.net
***Chapter 7 Trustee***

U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Vivek Pandit
3603 Cricket Circle
Edison, NJ 08820

***Debtor(s)***

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire