UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 24-16276 |
| Vivek Pandit | Chapter: | 7 |
| | Judge: | CMG |

## NOTICE OF PROPOSED ABANDONMENT

Karen E. Bezner, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle, C.U.S.B.J. on September 22, 2026 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | Trustee abandons any interest of the debtor in the Kamal Pandit Trust, owner of real property at 25-41 18th Street, Queens, New York, valued at $698,500.00 |

| | |
|---|---|
| Liens on property: | Flagstar Bank, $714,911.37; costs of sale estimated at 10%, or $69,850.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076

Telephone No.: (908) 322-8484

*rev.8/1/15*