UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Vivek Pandit

Case No.: 24-16276

Chapter: 7

Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

Karen E. Bezner, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle, C.U.S.B.J. on September 22, 2026 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | Trustee abandons any interest of the debtor in the Kamal Pandit Trust, owner of real property at 25-41 18th Street, Queens, New York, valued at $698,500.00 |

| | |
|---|---|
| Liens on property: | Flagstar Bank, $714,911.37; costs of sale estimated at 10%, or $69,850.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076

Telephone No.: (908) 322-8484

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-16276-CMG

Vivek Pandit Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4

Date Rcvd: Aug 19, 2026 Form ID: pdf905 Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |
| cr | + | Itria Ventures LLC, c/o Seidman & Pincus, LLC, 777 TERRACE AVENUE, Hasbrouck Heights, NJ 07604-3123 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | McCormick 103, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 520307114 | + | Anita Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |
| 520307115 | + | Apna Foods Imports Co., 360 S Lombard Road, Addison, IL 60101-3024 |
| 520307116 | + | Arsenal Funding, 1250 E. Hallandale Beach Blvd, Hallandale, FL 33009-4634 |
| 520307118 | | Cuboid Logistics, 2424 Lorio Street, Union, NJ 07083 |
| 520307120 | | Dembo Brown & Burns LLP, 1300 Route 73 205, Mount Laurel, NJ 08054 |
| 520307122 | + | Drip Capital Inc, 555 Bryant Street 356, Palo Alto, CA 94301-1704 |
| 520307123 | + | EBF Holdings, LLC, 102 W. 38th Street 6th Floor, New York, NY 10018-3664 |
| 520307125 | + | Esq. Michael Scarpati, 500 Lovett Blvd Suite 225, Houston, TX 77006-4094 |
| 520307133 | | Inum Accents, 1430 Broadway Level C, New York, NY 10028 |
| 520307136 | + | McCormick 103, LLC, 11350 McCormick Road EP II, Hunt Valley, MD 21031-1002 |
| 520307137 | + | Nolan Transportation Group, c/o FreightPros, 2535 Brockton Drive Suite 500, Austin, TX 78758-4441 |
| 520307138 | | Penske Truck Leasing, c/o 4 Recovery Consulting Services, Inc., 110 West Oakland Park Blvd Suite 163, Fort Lauderdale, FL 33351 |
| 520307140 | + | Prosperum Capital Partners LLC d/b/a Arsenal Fundi, 780 Long Beach Blvd, Long Beach, NY 11561-2238 |
| 520307142 | + | SGR Petroleum, LLC, 2540 Randolph Ave, Avenel, NJ 07001-2408 |
| 520307146 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35202 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2026 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2026 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520307113 | + | Email/PDF: bncnotices@becket-lee.com | Aug 19 2026 21:37:04 | American Express, PO Box 297812, Fort Lauderdale, FL 33329-7812 |
| 520352384 | | Email/PDF: bncnotices@becket-lee.com | Aug 19 2026 21:37:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520307117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2026 21:37:07 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 520307119 | + | Email/Text: bk@dfogelpc.com | Aug 19 2026 21:28:00 | David Fogel, PC Attorneys At Law, 1225 Franklin Ave. Suite 201, Garden City, NY 11530-1890 |
| 520346957 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 19 2026 21:28:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520307121 | + | Email/Text: mrdiscen@discover.com | Aug 19 2026 21:28:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520352299 | + | Email/Text: ahochheiser@mauricewutscher.com | Aug 19 2026 21:28:00 | EBF Holdings, LLC d/b/a, Everest Business Funding, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 520307124 | | Email/Text: bankruptcycourts@equifax.com | Aug 19 2026 21:28:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520307126 | | Email/Text: inhousebk@whetstoneholdings.com | Aug 19 2026 21:28:00 | Everest Funding, 102 W 38th Street 6th Floor, New York, NY 10018 |
| 520307127 | ^ | MEBN | Aug 19 2026 21:24:22 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520307128 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2026 21:28:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520374753 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2026 21:28:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520307132 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2026 21:28:00 | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520307134 | ^ | MEBN | Aug 19 2026 21:25:24 | Itria Ventures LLC, One Penn Plaza 3101, New York, NY 10119-0002 |
| 520307135 | | Email/Text: camanagement@mtb.com | Aug 19 2026 21:28:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240-0844 |
| 520377461 | + | Email/Text: camanagement@mtb.com | Aug 19 2026 21:28:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 520487100 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2026 21:28:00 | Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520487101 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2026 21:28:00 | Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, C/O Mr. Cooper |
| 520307139 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2026 21:28:00 | PNC Bank, Attn: Bankruptcy Dept., Po Box 1820, Dayton, OH 45401-1820 |
| 520314869 | + | Email/Text: bncmail@w-legal.com | Aug 19 2026 21:28:00 | Prosperum Capital Partners LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 520307144 | | Email/Text: bankruptcy@td.com | Aug 19 2026 21:28:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 520322648 | ^ | MEBN | Aug 19 2026 21:25:00 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520307145 | ^ | MEBN | Aug 19 2026 21:24:10 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520331023 | + | Email/Text: bankruptcynotices@sba.gov | Aug 19 2026 21:28:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520307148 | + | Email/Text: bankruptcynotices@sba.gov | Aug 19 2026 21:28:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |
| 520307147 | + | Email/Text: bankruptcynotices@sba.gov | Aug 19 2026 21:28:00 | United States Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520307130 | | Indian Foods & Spices LLC |
| 520307131 | | Indian Foods and Spices LLC |
| 520307143 | | Suresh Chatakondu |
| 520307129 | ##+ | Highland Hill Capital, 450 Fairway Drive 210, Deerfield Beach, FL 33441-1837 |
| 520307141 | ##+ | Seidman & Pincus LLC, 777 Terrace Ave 508, Hasbrouck Heights, NJ 07604-3114 |

TOTAL: 3 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Pincus | on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com pincus.andrewr121938@notify.bestcase.com |
| Andrew J. Pincus | on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com pincus.andrewr121938@notify.bestcase.com |
| Justin M Gillman | on behalf of Defendant Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 103 LLC keingorn@dbblegal.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Marc C Capone | on behalf of Debtor Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Flagstar Bank N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Peter Broege | on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |

| | |
|---|---|
| Steven Eisenberg | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14