**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vivek Pandit<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8653 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 24–16276–CMG | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vivek Pandit

9/11/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-16276-CMG
Vivek Pandit Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: Sep 11, 2026 Form ID: 318 Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vivek Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |
| cr | + | Itria Ventures LLC, c/o Seidman & Pincus, LLC, 777 TERRACE AVENUE, Hasbrouck Heights, NJ 07604-3123 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | McCormick 103, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 520307114 | + | Anita Pandit, 3603 Cricket Circle, Edison, NJ 08820-4214 |
| 520307115 | + | Apna Foods Imports Co., 360 S Lombard Road, Addison, IL 60101-3024 |
| 520307116 | + | Arsenal Funding, 1250 E. Hallandale Beach Blvd, Hallandale, FL 33009-4634 |
| 520307118 | | Cuboid Logistics, 2424 Lorio Street, Union, NJ 07083 |
| 520307120 | | Dembo Brown & Burns LLP, 1300 Route 73 205, Mount Laurel, NJ 08054 |
| 520307122 | + | Drip Capital Inc, 555 Bryant Street 356, Palo Alto, CA 94301-1704 |
| 520307123 | + | EBF Holdings, LLC, 102 W. 38th Street 6th Floor, New York, NY 10018-3664 |
| 520307125 | + | Esq. Michael Scarpati, 500 Lovett Blvd Suite 225, Houston, TX 77006-4094 |
| 520307133 | | Inum Accents, 1430 Broadway Level C, New York, NY 10028 |
| 520307136 | + | McCormick 103, LLC, 11350 McCormick Road EP II, Hunt Valley, MD 21031-1002 |
| 520307137 | + | Nolan Transportation Group, c/o FreightPros, 2535 Brockton Drive Suite 500, Austin, TX 78758-4441 |
| 520307138 | | Penske Truck Leasing, c/o 4 Recovery Consulting Services, Inc., 110 West Oakland Park Blvd Suite 163, Fort Lauderdale, FL 33351 |
| 520307140 | + | Prosperum Capital Partners LLC d/b/a Arsenal Fundi, 780 Long Beach Blvd, Long Beach, NY 11561-2238 |
| 520307142 | + | SGR Petroleum, LLC, 2540 Randolph Ave, Avenel, NJ 07001-2408 |
| 520307146 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35202 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2026 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2026 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520307113 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 21:44:13 | American Express, PO Box 297812, Fort Lauderdale, FL 33329-7812 |
| 520352384 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 21:43:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520307117 | + | EDI: CITICORP | Sep 12 2026 01:03:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 520307119 | + | Email/Text: bk@dfogelpc.com | Sep 11 2026 21:37:00 | David Fogel, PC Attorneys At Law, 1225 Franklin Ave. Suite 201, Garden City, NY 11530-1890 |
| 520346957 | | EDI: DISCOVER | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 12 2026 01:03:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520307121 | + | EDI: DISCOVER | Sep 12 2026 01:03:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520352299 | + | Email/Text: ahochheiser@mauricewutscher.com | Sep 11 2026 21:36:00 | EBF Holdings, LLC d/b/a, Everest Business Funding, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 520307124 | | Email/Text: bankruptcycourts@equifax.com | Sep 11 2026 21:36:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520307126 | | Email/Text: inhousebk@whetstoneholdings.com | Sep 11 2026 21:37:00 | Everest Funding, 102 W 38th Street 6th Floor, New York, NY 10018 |
| 520307127 | ^ | MEBN | Sep 11 2026 21:34:08 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520307128 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2026 21:36:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520374753 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2026 21:36:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520307132 | | EDI: IRS.COM | Sep 12 2026 01:03:00 | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520307134 | ^ | MEBN | Sep 11 2026 21:37:53 | Itria Ventures LLC, One Penn Plaza 3101, New York, NY 10119-0002 |
| 520307135 | | Email/Text: camanagement@mtb.com | Sep 11 2026 21:37:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240-0844 |
| 520377461 | + | Email/Text: camanagement@mtb.com | Sep 11 2026 21:37:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 520487100 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2026 21:36:00 | Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520487101 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2026 21:36:00 | Nationstar Mortgage, LLC, C/O Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, C/O Mr. Cooper |
| 520307139 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2026 21:36:00 | PNC Bank, Attn: Bankruptcy Dept., Po Box 1820, Dayton, OH 45401-1820 |
| 520314869 | + | Email/Text: bncmail@w-legal.com | Sep 11 2026 21:37:00 | Prosperum Capital Partners LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 520307144 | | EDI: TDBANKNORTH.COM | Sep 12 2026 01:03:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 520322648 | ^ | MEBN | Sep 11 2026 21:33:45 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520307145 | ^ | MEBN | Sep 11 2026 21:33:22 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520331023 | + | Email/Text: bankruptcynotices@sba.gov | Sep 11 2026 21:37:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520307148 | + | Email/Text: bankruptcynotices@sba.gov | Sep 11 2026 21:37:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |
| 520307147 | + | Email/Text: bankruptcynotices@sba.gov | Sep 11 2026 21:36:00 | United States Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520307130 | | Indian Foods & Spices LLC |
| 520307131 | | Indian Foods and Spices LLC |
| 520307143 | | Suresh Chatakondu |
| 520307129 | ##+ | Highland Hill Capital, 450 Fairway Drive 210, Deerfield Beach, FL 33441-1837 |
| 520307141 | ##+ | Seidman & Pincus LLC, 777 Terrace Ave 508, Hasbrouck Heights, NJ 07604-3114 |

TOTAL: 3 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Pincus | on behalf of Plaintiff Itria Ventures LLC ap@seidmanllc.com pincus.andrewr121938@notify.bestcase.com |
| Andrew J. Pincus | on behalf of Creditor Itria Ventures LLC ap@seidmanllc.com pincus.andrewr121938@notify.bestcase.com |
| Justin M Gillman | on behalf of Defendant Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 103 LLC keingorn@dbblegal.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Marc C Capone | on behalf of Debtor Vivek Pandit ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Flagstar Bank N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Peter Broege | on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |

Steven Eisenberg
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14