Form loccrtno − loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16276−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Vivek Pandit
3603 Cricket Circle
Edison, NJ 08820

Social Security No.:
xxx−xx−8653

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

I Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Any interest of the debtor in The Kama Pandit Trust, owner of real property at 25−41 18th Street, Queens, New York

Dated: September 16, 2026
JAN: mmf

Jeanne Naughton
Clerk